1  BRYAN SCHWARTZ (SBN 209903)
2  LOGAN TALBOT (SBN 300591)
   Bryan Schwartz Law
3  1330 Broadway, Suite 1630
   Oakland, CA  94612
4  Telephone:  510-444-9301
   Email: bryan@bryanschwartzlaw.com
5  *Attorneys for Plaintiff Teresa Caponio*

6
   JASON R. MCCLITIS
7  Blake & Uhlig, P.A.
   753 State Ave., Ste. 475
8  Kansas City, KS 66101
   Tel: 913-321-8884
9  Fax: 913-321-2396
   jrm@blake-uhlig.com
10 *Admitted Pro Hac Vice*
11 *Attorneys for Defendants*

12 Additional counsel listed on following page

13
14                  **IN THE UNITED STATES DISTRICT COURT**
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15 TERESA CAPONIO,

16         **Plaintiff,**

17 vs.                                              **Case Number: 16-cv-3919-VC**

18 **BOILERMAKERS LODGE 549;**
   **BOILERMAKERS WESTERN STATES**
19 **JOINT APPRENTICESHIP PROGRAM;**    **JOINT STIPULATION AND**
   **and INTERNATIONAL**                 **[PROPOSED] ORDER CONTINUING**
20 **BROTHERHOOD OF**                    **CASE MANAGEMENT CONFERENCE**
   **BOILERMAKERS,**                     **AND DEADLINES FOR MOTION TO**
21                                       **DISMISS BRIEFING. 'CU'O QF KKGF**

22         **Defendants.**               Complaint Filed:    July 12, 2016

23
24
25
26
27
28 *JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT*
   *CONFERENCE AND BRIEFING DEADLINES*
   Case No. 16-cv-3919

                                    1

1  DAVID ROSENFELD
   CONCHITA LOZANO-BATISTA
2  ANNE I. YEN
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
4  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501
5  Telephone (510) 337-1001
   Fax (510) 337-1023
6  drosenfeld@unioncounsel.net
   clozano@unioncounsel.net
7  ayen@unioncounsel.net
8
   *Additional Attorneys for Defendants*
9

...

28  *JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND BRIEFING DEADLINES*
    Case No. 16-cv-3919

2

Pursuant to United States District Court, Northern District of California Local Rule 6-2, the following Stipulation is entered in to Plaintiff TERESA CAPONIO ("Plaintiff") and Defendants BOILERMAKERS LODGE 549, BOILERMAKERS WESTERN STATES JOINT APPRENTICESHIP PROGRAM and INTERNATIONAL BROTHERHOOD OF BOILERMAKERS ("Defendants") (collectively, the "Parties") by and through their counsel of record:

 WHEREAS, the Court scheduled a case management conference before the Magistrate in the above-referenced matter for October 19, 2016 (Doc. 3); and

 WHEREAS, since that scheduling order, Defendants have declined to proceed with a Magistrate, thereby effectively vacating the conference, in the Parties' understanding; and

 WHEREAS, Boilermakers Lodge 549 has not yet entered an appearance in this matter, but will be represented by the attorneys of Weinberg, Roger & Rosenfeld; and

 WHEREAS, two Defendants have filed Motions to Dismiss with prejudice (Doc. 12 and Doc. 15); and

 WHEREAS, the Motions to Dismiss were noticed to be heard on November 10, 2016; and

 WHEREAS, on September 14, 2016 the Court took all pending motions off-calendar and required them to be re-noticed; and

 WHEREAS the Court also scheduled a Case Management Conference for October 25, 2016; and

 WHEREAS lead counsel for Plaintiff has a previously-scheduled litigation conflict all day on October 25, 2016; and

 WHEREAS, based upon professional courtesy, and suffering no prejudice, Defendants have agreed to extend Plaintiff's deadline to oppose the motions to October 13, 2016, which is 28 days before the currently-noticed hearing date; and

*JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND BRIEFING DEADLINES*
Case No. 16-cv-3919

3

1  WHEREAS Defendants which have already appeared have filed or will file, today, a re-notice of their Motions to Dismiss for hearing on November 10, 2016 before the Honorable District Judge Chhabria; and

WHEREAS, based upon professional courtesy, and suffering no prejudice, Plaintiff has agreed to extend Defendant's deadline to reply to the opposition(s) to the motions to October 27, 2016, which is 14 days before the currently-noticed hearing date;

IT IS HEREBY STIPULATED AS FOLLOWS:

The Parties respectfully request the Court consider November 10, 2016 as a date for the hearing on the Motions to Dismiss and request to hold the rescheduled case management conference on the same date, or, if that date is improper for a case management conference, on the earliest available date thereafter, November 44, 2016,

The Parties further respectfully request that the Court permit Plaintiff to submit on or before October 13, 2016 her anticipated opposition(s) to the Motions filed by the two Defendants which have already appeared, and to permit Defendants to reply to such oppositions on or before October 27, 2016.

The Parties stipulate that the deadlines to complete pre-case management conference tasks including, but not limited to, the service of initial disclosure statements and the filing of a joint case management conference statement, would be similarly continued to dates consistent with the continued case management conference.

Dated:  September 14, 2016   Respectfully Submitted,

/s/ Jason R. McClitis

JASON R. MCCLITIS
Blake & Uhlig, P.A.
753 State Ave., Ste. 475
Kansas City, KS 66101
Tel: 913-321-8884
Fax: 913-321-2396
jrm@blake-uhlig.com
*Admitted Pro Hac Vice*

*JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND BRIEFING DEADLINES*
Case No. 16-cv-3919

4

        /s/ Anne I. Yen

DAVID ROSENFELD
CONCHITA LOZANO-BATISTA
ANNE I. YEN
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
drosenfeld@unioncounsel.net
clozano@unioncounsel.net
ayen@unioncounsel.net


        /s/ Bryan Schwartz

BRYAN SCHWARTZ
LOGAN TALBOT
Bryan Schwartz Law
1330 Broadway
Suite 1630
Oakland, CA 94612
Telephone: 510-444-9301
Email: bryan@bryanschwartzlaw.com

*Attorneys for Plaintiff Teresa Caponio*


[PROPOSED] ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

Dated: September 15, 2016   _____
                                UNITED STATES DISTRICT COURT
                                NORTHERN DISTRICT OF CALIFORNIA

*JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND BRIEFING DEADLINES*
Case No. 16-cv-3919