1  BRYAN SCHWARTZ (SBN 209903)
2  LOGAN TALBOT (SBN 300591)
   Bryan Schwartz Law
3  1330 Broadway, Suite 1630
   Oakland, CA  94612
4  Telephone:  510-444-9301
   Email:  bryan@bryanschwartzlaw.com
5  *Attorneys for Plaintiff Teresa Caponio*

6
   JASON R. MCCLITIS
7  Blake & Uhlig, P.A.
   753 State Ave., Ste. 475
8  Kansas City, KS 66101
   Tel: 913-321-8884
9  Fax: 913-321-2396
   jrm@blake-uhlig.com
10 *Admitted Pro Hac Vice*

11 *Attorneys for Defendants Boilermakers Western States Joint Apprenticeship Program
   and International Brotherhood of Boilermakers*
12 Additional counsel listed on following page

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERESA CAPONIO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>**BOILERMAKERS LODGE 549; BOILERMAKERS WESTERN STATES JOINT APPRENTICESHIP PROGRAM; and INTERNATIONAL BROTHERHOOD OF BOILERMAKERS,**<br><br>　　　　**Defendants.** | **Case Number: 16-cv-3919-VC**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES FOR MOTION TO DISMISS BRIEFING**<br><br>Complaint Filed:　July 12, 2016<br>Amended Complaint Filed: October 5, 2016 |

*JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING ~~CASE MANAGEMENT CONFERENCE AND~~ BRIEFING DEADLINES*
Case No. 16-cv-3919

1

DAVID ROSENFELD
CONCHITA LOZANO-BATISTA
ANNE I. YEN
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
drosenfeld@unioncounsel.net
clozano@unioncounsel.net
ayen@unioncounsel.net

*Attorneys for Defendants Boilermakers Local 549*
*And co-counsel for Boilermakers Western States Joint Apprenticeship Program and*
*International Brotherhood of Boilermakers*

JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING ~~CASE MANAGEMENT CONFERENCE AND~~ BRIEFING DEADLINES
Case No. 16-cv-3919

2

1   Pursuant to United States District Court, Northern District of California Local Rule 6-2,
2   the following Stipulation is entered into by Plaintiff TERESA CAPONIO ("Plaintiff") and
3   Defendants BOILERMAKERS LODGE 549, BOILERMAKERS WESTERN STATES
4   JOINT APPRENTICESHIP PROGRAM and INTERNATIONAL BROTHERHOOD OF
5   BOILERMAKERS ("Defendants") (collectively, the "Parties") by and through their counsel of
6   record:
7   WHEREAS, Defendants have filed Motions to Dismiss with prejudice;
8   WHEREAS, the Motions to Dismiss were noticed to be heard on November 10, 2016;
9   WHEREAS, the Court set the Case Management Conference on November 22, 2016;
10  WHEREAS, on October 5, 2016, Plaintiff filed her Amended Complaint;
11  WHEREAS, based upon professional courtesy, and suffering no prejudice, Plaintiff and
12  Defendants have agreed to the following deadlines for briefing for to-be-filed renewed motions
13  to dismiss to the Amended Complaint: Defendants' Renewed Motions to Dismiss to be filed by
14  November 8, 2016; Plaintiff's Opposition by December 6, 2016; Defendants' Reply in Support
15  by December 20, 2016; and
16  WHEREAS Defendants are canceling the hearing on the currently pending Motions to
17  Dismiss, scheduled for November 10, 2016 and will notice the Renewed Motions to Dismiss to
18  be heard on January 26, 2017;
19  IT IS HEREBY STIPULATED AS FOLLOWS:
20  The Parties respectfully request the Court cancel the November 10, 2016 hearing date on
21  the currently pending Motions to Dismiss, ~~and continue the Case Management Conference~~
22  ~~currently set for November 22, 2016 to January 26, 2017, to coincide with the anticipated motion~~
23  ~~hearing; or if that date is improper for a case management conference, on the earliest available~~
24  ~~date thereafter, January 31, 2017~~.
25  The Parties further respectfully request that the Court permit the following deadlines for
26  briefing for to-be-filed renewed motions to dismiss to the Amended Complaint: Defendants'
27
28  *JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING ~~CASE MANAGEMENT~~*
    *~~CONFERENCE AND~~ BRIEFING DEADLINES*
    Case No. 16-cv-3919

3

Renewed Motions to Dismiss to be filed by November 8, 2016; Plaintiff's Opposition by December 6, 2016; Defendants' Reply in Support by December 20, 2016.

Dated: October ____, 2016   Respectfully Submitted,

/s/ Jason R. McClitis

JASON R. MCCLITIS
Blake & Uhlig, P.A.
753 State Ave., Ste. 475
Kansas City, KS 66101
Tel: 913-321-8884
Fax: 913-321-2396
jrm@blake-uhlig.com
*Admitted Pro Hac Vice*

/s/Anne I. Yen

DAVID ROSENFELD
CONCHITA LOZANO-BATISTA
ANNE I. YEN
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
drosenfeld@unioncounsel.net
clozano@unioncounsel.net
ayen@unioncounsel.net

/s/ Bryan Schwartz

BRYAN SCHWARTZ
LOGAN TALBOT
Bryan Schwartz Law
1330 Broadway
Suite 1630
Oakland, CA  94612
Telephone:  510-444-9301
Email:  bryan@bryanschwartzlaw.com

*Attorneys for Plaintiff Teresa Caponio*

JOINT STIPULATION AND *[PROPOSED]* ORDER CONTINUING ~~CASE MANAGEMENT CONFERENCE AND~~ BRIEFING DEADLINES
Case No. 16-cv-3919

4

1 [PROPOSED] ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

Dated: __October 19__, 2016

_____
HON. VINCE CHHABRIA
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND BRIEFING DEADLINES*
Case No. 16-cv-3919

5

141678\886301